DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| 055P17 | Harry Williams v. Advance Auto Parts, Inc., and Advance Stores Company, Incorporated, d/b/a Advance Auto Parts | Plt's PDR Under N.C.G.S. § 7A-31 (COA16-625) | Denied |
|---|---|---|---|
| 057P17 | State v. Bobby Johnson | 1. State's PDR Under N.C.G.S. § 7A-31 (COA16-491)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br><br>2. Allowed |
| 058P17 | Priscilla Gayle Brookbank v. Heather DiLorenzo Williams and Trenton Blake Williams | 1. Def's (Trenton Blake Williams) Notice of Appeal Based Upon a Constitutional Question (COA16-312)<br><br>2. Def's (Trenton Blake Williams) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 059P17 | Southern Shores Realty Services, Inc. v. William G. Miller, The Miller Family Limited Partnership, II, LLC, Old Glory III, LLC, Old Glory IV, LLC, Old Glory V, LLC, Old Glory VI, LLC, Old Glory VII, LLC, Old Glory IX, LLC, Old Glory XI, LLC, Old Glory XII, LLC, Old Glory XIII, LLC | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA16-557)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 060P17 | State v. Jesse Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA16-229) | Denied |
| 062P17 | State v. David Campbell Sutton | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-405)<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed *ex mero motu*<br><br>2. Denied |